UNITED STATES of America, Plaintiff–Appellee,

v.

Sahi SARWAR, Defendant–Appellant.

No. 05–15666
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 7, 2006.

Sandra Woodall Deisler, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Rosemary T. Cakmis, Craig L. Crawford, Federal Public Defender Office, R. Fletcher Peacock, Orlando, FL, for Defendant–Appellant.

Before TJOFLAT, WILSON and HILL, Circuit Judges.

PER CURIAM:

Rosemary Cakmis, appointed counsel for Sahi Sarwar in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sarwar's conviction and sentence are **AFFIRMED**.

Before TJOFLAT, BARKETT and HILL, Circuit Judges.